IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE THORPE, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA *et al.*, | : | |
| *Defendants* | : | NO. 19-5094 |

## ORDER

AND NOW, this 22nd day of June, 2021, upon consideration of the Motion to Quash Defendants' Subpoena Issued to Kyle Reed (Doc. No. 87), the Motion to Quash Defendants' Subpoena Issue to Keith Devine (Doc. No. 88), the telephone conference held on May 4, 2021, Defendants' Response in Opposition to the Motions to Quash (Doc. No. 92), Defendants' Supplemental Response (Doc. No. 93), and oral argument held on June 16, 2021, it is **ORDERED** that the Motions (Doc. Nos. 87, 88) are **DENIED WITHOUT PREJUDICE.**

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1