# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DWAYNE THORPE,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA** *et al.,* | : | **No. 19-5094** |
| *Defendants* | : | |

<u>**O R D E R**</u>

**AND NOW**, this _31st_ day of March, 2022, upon consideration of the City of Philadelphia and Officers Angela Gaines, Henry Glenn, Frank Hayes, Ron McClane, Philip Riehl, and Timothy Scally's Motion to Stay (Doc. No. 128), Dwayne Thorpe's Response in Opposition (Doc. No. 130), Officer James Pitts's Response in Support (Doc. No. 132), and the telephone conference held on March 29, 2022, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendants' Motion to Stay (Doc. No. 128) is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

_____

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1