# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| DWAYNE THORPE, <br>     *Plaintiff*, <br> v. <br> CITY OF PHILADELPHIA, *et. al.*, <br>     *Defendants.* | Civil Action No.: 19-CV-05094-EKP |

## STIPULATION OF VOLUNTARY DISMISSAL

As the above-captioned matter has been settled, the parties hereby stipulate that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's claims against all Defendants are dismissed in their entirety, with prejudice, each bearing their own costs and fees.

Dated: March 28, 2023                              Respectfully submitted,

*/s/ Emma Freudenberger*
Emma Freudenberger
NY ID No.: 4624045 (*pro hoc vice*)
Amelia Green
NY ID No.: 5428412 (*pro hoc vice*)
Neufeld Scheck & Brustin, LLP
99 Hudson St, FL 8
New York, New York 10013-2815
emma@nsbcivilrights.com
amelia@nsbcivilrights.com

Todd Mosser
PA ID No. 87534
Mosser Legal, PLLC
448 North 10th St., Suite 502
Philadelphia, PA 19123
todd@mosserlegal.com

*Attorneys for Plaintiff Dwayne Thorpe*

/s/*Danielle E. Walsh*
Danielle E. Walsh
danielle.walsh@phila.gov
Bailey Axe
Bailey.axe@phila.gov

*Attorneys for Defendants*
*City of Philadelphia,*
*Gaines, Hayes, Glenn,*
*Cummings, Riehl,*
*McClane, and Scally*

*/s/Joseph Santarone*
Joseph Santarone
jjsantarone@mdwcg.com

*Attorney for Defendant*
*James Pitts*

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2023, I electronically filed the foregoing stipulation of voluntary dismissal with the Clerk of the Court using ECF system, which will send notification of such filing to all attorneys of record for the parties.

      /s/*Samiha Abd-Elazem*
      Samiha Abd-Elazem